UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.   20cr10275 |
| v. | Violation: |
| DIEGO EVANGELISTA DA SILVA, | Count One: Robbery (18 U.S.C. § 1951) |
| Defendant | Robbery Forfeiture Allegation: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

## **WAIVER OF INDICTMENT**

I, DIEGO EVANGELISTA DA SILVA , the above-named defendant, who is accused of affecting commerce by robbery in violation of 18 U.S.C.§ 1951 being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceeding may be by information instead of indictment.

_____
Diego Evangelista Da Silva
Defendant

_____
Joshua Hanye
Counsel for the Defendant

Before: _____
Hon.
U.S. District Court Judge